ORIGINAL

FILED
AUG 2 4 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AUTOMAR, INC. Plaintiff | ) | |
| vs. | ) | Case No. 04-1377C |
| THE UNITED STATES Defendant | ) | |

RCFC Rule 7.1 Disclosure Notice

American Automar, Inc., the Plaintiff in this case, is a non-governmental corporate party, thus requiring the following disclosures in accordance with RCFC Rule 7.1:

1. Neptune Orient Lines/American President Lines is the parent corporation of the Plaintiff, American Automar, Inc., and
2. Statement that a publicly held corporation owns 10% or more of American Automar's stock: as stated above.

Respectfully submitted

Donald C. Holmes
Attorney for American Automar, Inc.
205 Main Street
P.O. Box 339
Preston, Maryland 21655
Telephone: 410-820-9724
Facsimile: 410-820-9640

Date: August 24, 2004