ORIGINAL

FILED
AUG 2 4 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN AUTOMAR, INC. )
Plaintiff )
vs. )
)
THE UNITED STATES )
Defendant )
)

Case No. 04-1377C

Motion for Status Conference

Plaintiff hereby requests that the Court convene a status conference at the earliest possible date to establish a briefing schedule pursuant to Plaintiff's Motion for an Expedited Ruling on Rights of Parties Under the Contract Disputes Act and Declaratory Judgment Under Court Rule 57.

Plaintiff has set out in that Motion a suggested schedule. Plaintiff has today served by overnight delivery the Justice Department with its Complaint and both Motions filed today.

Plaintiff's counsel can appear at the Court with four hours notice.

Respectfully submitted,

Donald C. Holmes
Attorney for
American Automar Inc.
Holmes, Schwartz & Gordon

205 Main Street
P.O. Box 339
Preston, MD 21655
(410) 820-9724 (telephone)
(410) 820-9640 (facsimile)

Dated: August 24, 2004

Of Counsel:

Roy E. Bowman, Esquire
American Automar, Inc.
6550 Rock Spring Dr., Suite 300
Bethesda, MD 20817

Michael A. Gordon, Esquire
Holmes, Schwartz & Gordon
17 West Jefferson St., Suite 202
Rockville, Maryland 20850

CERTIFICATE OF SERVICE

I hereby certify under penalties of perjury that I caused 1. Plaintiff's Motion for an Expedited Ruling on Rights of Parties Under the Contract Disputes Act and Declaratory Judgment Under Court Rule 57; and 2. Plaintiff's Motion for Status Conference to be served on this 24th day of August 2004 via Federal Express overnight delivery as follows:

Director, Commercial Litigation Branch
U.S. Department of Justice
8th Floor, 1100 L. Street, N.W.
Washington, D.C. 20530

Donald C. Holmes
Attorney for
American Automar Inc.
Holmes, Schwartz & Gordon
205 Main Street
P.O. Box 339
Preston, MD 21655
(410) 820-9724 (telephone)
(410) 820-9640 (facsimile)

Dated: August 24, 2004