FILED
SEP 1 0 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AUTOMAR, INC. Plaintiff | ) | |
| vs. | ) | Case No.04-1377-C |
| THE UNITED STATES Defendant | ) | (Judge Bruggink) |

Plaintiff's Voluntary Dismissal Notice
Pursuant to Court Rule 41

Plaintiff hereby gives notice of its voluntary dismissal of this action pursuant to Rule 41 without Order of Court as the Notice is filed before service of an Answer or a Motion for Summary Judgment.

Respectfully submitted,

Donald C. Holmes
Attorney for
American Automar Inc.
Holmes, Schwartz & Gordon
205 Main Street
P.O. Box 339
Preston, MD 21655
(410) 820-9724 (telephone)
(410) 820-9640 (facsimile)

Dated: September 9, 2004

Sept 10 2004 - Complaint dismissed pursuant to Rule 41(a)(1)(i) this day.

CERTIFICATE OF SERVICE

I hereby certify under penalties of perjury that I caused Plaintiff's Voluntary Dismissal Notice Pursuant to Court Rule 41 to be served on this 9th day of September 2004 via postage prepaid first class mail and via facsimile as follows:

Tom Fatouros, Esquire
U.S. Department of Justice
8th Floor, 1100 L. Street, N.W.
Washington, D.C. 20530

Donald C. Holmes
Attorney for
American Automar Inc.
Holmes, Schwartz & Gordon
205 Main Street
P.O. Box 339
Preston, MD 21655
(410) 820-9724 (telephone)
(410) 820-9640 (facsimile)

Dated: September 9, 2004